

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00708-CR

Louis Angelo **DAVILA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 08-01-0031-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

    The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on January 26, 2017.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court